## Case No. 4,727.

FENDALL v. TURNER.

[1 Cranch. C. C. 35.][1]

Circuit Court, District of Columbia. July Term, 1801.[2]

---

[1] [Reported by John A. Hayward, Esq., and George C. Hazleton, Esq.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Affirmed in 1 Cranch (5 U. S.) 117.]

THE COURT decided: 1. That the motion might be sustained in the name of Fendall, although he had taken the insolvent oath. 2. That the sergeant could not levy the execution of Deneale v. Fendall on the money in his own hands made on the fi. fa. of Fendall v. Towers, and that such return was not good.

Judgment for the amount made on the fi. fa., and fifteen per cent. per annum damages.